UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

ROGER LEE SARTAIN  
SSN: xxx-xx-2971

CASE NUMBER:   06-10210  
CHAPTER 13

RUTH ANN SARTAIN  
SSN: xxx-xx-5693

Debtor

---

### NOTICE TO T & T EXCAVATING THAT $1,512.50 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to T & T Excavating, creditor herein, and deposits $1,512.50 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the Trustee sent disbursement checks to T & T Excavating at

    5919 S. Jay Street  
    Marion, IN 46953

2. That Attorney Tia Brewer contacted Trustee Miller advising that T & T Excavating is no longer in business and Tim and Phyllis Skeens, former sole proprietors of T & T Excavating, are being represented by Tia Brewer in a Chapter 13 under Case Number 06-10892.

3. That Attorney Tia Brewer advised that T & T Excavating no longer had an active bank account and Mr. and Mrs. Skeens had requested the payments be sent to Donald Aikman, the Chapter 13 Trustee administrating their case.

4. Trustee Miller did send the disbursements checks to Trustee Aikman, however, he could not accept the disbursement checks unless he was listed as a payable and returned them to Trustee Miller.

5. Trustee Miller advised Attorney Tia Brewer that the checks could be sent to Mr. and Mrs. Skeens if they provided documentation linking them to T & T Excavating. Although there were several emails and telephone communications with Attorney Tia Brewer, no documentation linking Mr. and Mrs. Skeens to T & T Excavating was provided.

6. That an order discharging the debtors was entered May 19, 2011.

7. That this case is in the process of being closed.

8. That any objections to said Deposit should be made in writing, with the Court Clerk.

Dated:   June 1, 2011

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on

By U.S. Mail postage prepaid

Debtors: Roger and Ruth Sartain, 7120 S. Meridian Street, Marion, IN 46953
Creditor: T & T Excavating, 5919 S. Jay Street, Marion, IN 46953
Attorney Tia Brewer, Johnson, Beaman, Bratch & White, LLP, 141 South Adams Street, Marion, IN 46952

By electronic mail via CM/ECF:
Debtors' Attorney: Joshua L. Twombley
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King